**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

DEBORAH CLARK, *
*
Plaintiff, *
v. * No. 3:26-cv-00082-BSM-JJV
*
FRANK BISIGNANO, *
Commissioner, *
Social Security Administration, *
*
Defendant. *

**ORDER**

Defendant filed an unopposed Motion to Remand this case (Doc. No. 13) pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand to conduct further proceedings and states opposing counsel has no objection to the requested remand. Under the circumstances, a "sentence four" remand is appropriate. *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, the Commissioner's decision is reversed and remanded for action consistent with this opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 2nd day of September 2026.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE