**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| DEBORAH CLARK,<br><br>Plaintiff,<br>v.<br><br>FRANK BISIGNANO,<br>Commissioner,<br>Social Security Administration,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | No. 3:26-cv-00082-BSM-JJV |

**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 2nd day of September 2026.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE